UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) CAUSE NUMBER 3:08-CR-78(01)RM |
| | ) |
| KEVIN BUSH | ) |

## OPINION AND ORDER

Having reviewed Mr. Bush's timely response to the October 22 order to show cause, the court strikes the manual sealed filing of the defendant's sentencing memorandum, with leave to refile in an unsealed condition. The strong presumption against sealing documents filed with reference to sentencing has not been overcome. *See* United States v. Eppenger, 49 F.3d 1244, 1252-1253 (7th Cir. 1995).

SO ORDERED.

ENTERED:  November 3, 2008

      /s/ Robert L. Miller, Jr.
Chief Judge
United States District Court